## **Criminal Complaint Synopsis**

| | |
|---|---|
| **Name:** | Faith Wilson |
| **Address:** (City & State Only) | Bryant Pond, ME |
| **Year of Birth and Age:** | 1984/40 years old |
| **Violations:** | Count 1: Sexual exploitation of Children |
| **Penalties:** | Count 1: Imprisonment of not less than 15 years and not more than 30 years. 18 U.S.C. § 2251(e). <br><br> This is a Class B felony pursuant to 18 U.S.C. § 3559(a)(2). |
| **Supervised Release:** | Count 1: Not less than 5 years, up to lifetime supervision. 18 U.S.C. § 3583(k). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than 3 years. 18 U.S.C. § 3583(e)(3). <br><br> But if Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than 1 year can be imposed, the Court shall revoke supervised release and impose a term of imprisonment of not less than 5 years. 18 U.S.C. § 3583(k). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: Up to life less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | To be Appointed |
| **Primary Investigative Agency and Case Agent Name:** | Homeland Security Investigations <br> Special Agent Gregory Squire |
| **Detention Status:** | To be Arrested |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |

| **County:** | Oxford |
|---|---|
| **AUSA:** | Peter I. Brostowin |
| **Guidelines apply?  Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count<br><br>Additional special assessment of $5,000 if not indigent. 18 U.S.C. § 3014(a)(3).<br><br>Additional special assessment of not more than $35,000 for any person convicted of an offense of trafficking in child pornography. 18 U.S.C. § 2259A(a)(2). |